PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE MACHADO,<br><br>       Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:24-cv-00003-WBS (SS)<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; reconsider the pertinent issues, including, but not limited to, reconsidering the claimant's severe impairments; develop the record as necessary; and issue a new decision.  The parties further

Stip. For Voluntary Remand;  Case 2:24-cv-00003-WBS     1

1   request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and

2   against Defendant, reversing the final decision of the Commissioner.

3

4

5                                                Respectfully submitted,

6

7   DATE: May 29, 2024                  */s/ Jane W. Cervantes *
8                                        JANE W. CERVANTES,
                                         Attorney for Plaintiff
9                                        (* approved via email on 5/14/24)

10                                        PHILLIP A. TALBERT
11                                        United States Attorney

12  DATE: May 29, 2024          By    *s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
13                                       Special Assistant United States Attorney

14                                       Attorneys for Defendant

15
                                      **ORDER**
16
          Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of
17
    42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT
18
    IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is
19
    remanded to the Commissioner of Social Security for further proceedings consistent with the
20
    terms of the Stipulation to Remand.
21

22  Dated:  May 30, 2024

23                                       _____
                                         WILLIAM B. SHUBB
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28