UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO)

BERNADETTE MACHADO,

    Plaintiff,

v.

MARTIN O'MALLEY
Commissioner of Social Security,

    Defendant.

Case No. 2:24-cv-00003-WBS-SCR

**ORDER**

## ORDER

Pursuant to the Joint Stipulation for an award of fees under the Equal Access to Justice Act ("EAJA") (ECF No. 19), it is hereby ORDERED that Plaintiff is awarded attorney fees under EAJA in the amount of $7,600.00. The parties have agreed that this award is subject to any offset under the Treasury Offset Program, and that arrangement for payment shall be made through Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED: August 21, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE